NEW JERSEY STATE PAROLE BOARD v.
CHRISTOPHER BADGER.

June 23, 1987.

Petition for certification denied.